

RECEIVED

AUG 1 1 2008

RICHARD W. W...
CLERK U.S. DISTRICT...
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CV 08-80154 MISC.
PVT

| SUBPOENA IN | Misc. No. _____ |
|---|---|
| PowerDsine, Inc. and PowerDsine, Ltd. v. AMI Semiconductor, Inc. and AMI Semiconductor Belgium BVBA, | [PROPOSED] ORDER GRANTING PETITIONER THIRD PARTIES BROADCOM CORPORATION AND SHIMON ELKAYAM'S MOTION TO QUASH OR FOR A PROTECTIVE ORDER REGARDING DEPOSITION AND DOCUMENT SUBPOENA TO SHIMON ELKAYAM |
| U.S. District Court, Southern District of New York, Case No. 07-CV-6014 (SAS) (FM) | |

Petitioner Third Parties Broadcom Corporation and Shimon Elkayam's Motion to Quash or for a Protective Order Regarding PowerDsine, Inc. and PowerDsine, Ltd's Deposition and Document Subpoena to Shimon Elkayam came on for hearing before this Court.

After consideration of the briefs and arguments of counsel, and all other matters presented to this Court, and for the reasons set forth in Petitioners' moving papers,

///

///

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

**IT IS HEREBY ORDERED THAT:**

the deposition and document subpoena of Shimon Elkayam issued on August 7, 2008 is hereby **QUASHED.**

**[OR]**

a protective order be issued as follows:

- The Elkayam deposition shall be set for a date that will allow appropriate notice and preparation;
- The deposition shall be limited to one day of seven hours; and
- The scope of the deposition shall be limited to questions regarding the time period when Shimon Elkayam was employed by PowerDsine, prior to December 2005.

**IT IS SO ORDERED.**

Dated: _____, 2008                    _____
                                                                                  United States District Court Judge

Respectfully Submitted,

Dean G. Dunlavey
Amos E. Hartston

Latham & Watkins LLP
Attorneys for Petitioners
Broadcom Corporation and
Shimon Elkayam

SV\628667.2