1  LATHAM & WATKINS LLP
       Dean G. Dunlavey (Bar No. 115530)
2  650 Town Center Drive, 20th Floor
   Costa Mesa, California  92626-1925
3  Telephone:  +1.714.540.1235
   Facsimile:  +1.714.755.8290
4  Email:  dean.dunlavey@lw.com

5  LATHAM & WATKINS LLP
       Amos E. Hartston (Bar No. 186471)
6  355 South Grand Avenue
   Los Angeles, California  90071-1560
7  Telephone:  +1.213.485.1234
   Facsimile:  +1.213.891.8763
8  Email:  amos.hartston@lw.com

9
   Attorneys for Petitioners
10 Broadcom Corporation and Shimon Elkayam

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN JOSE DIVISION

15

16                                      No. CV-08-80154 Misc. (JW) (PVT)

17 **SUBPOENA IN**                     **AMENDED NOTICE OF HEARING ON
                                        PETITIONER THIRD PARTIES
18 PowerDsine, Inc. and PowerDsine, Ltd. v.   BROADCOM CORPORATION AND
   AMI Semiconductor, Inc. and AMI      SHIMON ELKAYAM'S NOTICE OF
19 Semiconductor Belgium BVBA,          MOTION AND MOTION TO QUASH OR
                                        FOR A PROTECTIVE ORDER
20 U.S. District Court, Southern District of   REGARDING DEPOSITION AND
   New York, Case No. 07-CV-6014 (SAS)  DOCUMENT SUBPOENA TO SHIMON
21 (FM)                                 ELKAYAM**

22                                      Date:    September 23, 2008
                                        Time:    10:00 a.m.
23                                      Place:   Courtroom 5, 4th Floor
                                        Judge:   The Honorable Patricia V. Trumbull
24

25

26

27

28

<u>**AMENDED NOTICE OF HEARING**</u>

**TO EACH PARTY AND ITS ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that, pursuant to Rules 45(c)(3)(A), 45(c)(3)(B) and 26(c) of the Federal Rules of Civil Procedure, Petitioners Broadcom Corporation ("Broadcom") and Shimon Elkayam ("Elkayam"), by their undersigned counsel, will and hereby do move on Tuesday, September 23, 2008 at 10:00 a.m. for an order quashing, or for a Protective Order regarding, a deposition and document subpoena to Elkayam by counsel for PowerDsine, Inc. and PowerDsine Ltd.

The Court telephoned counsel for Petitioners and requested this hearing be moved to Tuesday, September 23, 2008 at 10:00 a.m.  This Motion will be heard before Judge Patricia V. Trumbull at 280 South First Street, San Jose, California.

**DATED**:        August 13, 2008

LATHAM & WATKINS LLP
Dean G. Dunlavey
Amos E. Hartston

By: _____
Dean G. Dunlavey

Attorneys for Petitioners
Broadcom Corporation and
Shimon Elkayam

ORIGINAL

1

**PROOF OF SERVICE**

2    I am employed in the County of San Mateo, State of California. I am over
the age of 18 years and not a party to this action. My business address is Latham &
3    Watkins LLP, 140 Scott Drive, Menlo Park, CA 94025.

4    On **August 13, 2008,** I served the following documents described as:

5    1)**AMENDED NOTICE OF HEARING ON PETITIONER THIRD PARTIES
        BROADCOM CORPORATION AND SHIMON ELKAYAM'S NOTICE OF
6        MOTION AND MOTION TO QUASH OR FOR A PROTECTIVE ORDER
        REGARDING DEPOSITION AND DOCUMENT SUBPOENA TO SHIMON
7        ELKAYAM**

8

9    by serving a true copy of the above-described document in the following manner:

**BY ELECTRONIC MAIL**

10    The above-described document was transmitted via electronic mail to the
11    following parties on August 13, 2008:

12

| Kimberly Giuliano<br>Email: KGiuliano@chadbourne.com | Peter Bucci<br>Email: PBucci@chadbourne.com |
|---|---|
| Walter Hanchuk<br>Email: WHanchuk@chadbourne.com | Scott Balber<br>Email: SBalber@chadbourne.com |
| Dennis Hopkins<br>Email: DHopkins@chadbourne.com | Paul Tanck<br>Email: PTanck@chadbourne.com |
| Michael Oblon<br>Email: MOblon@perkinscoie.com | Tyler Bowen<br>Email: TBowen@perkinscoie.com |
| H. Rowan Gaither IV<br>Email: RGaither@rkollp.com | Bryan Banks<br>Email: bbanks@perkinscoie.com |
| Joseph Mais<br>Email: JMais@perkinscoie.com | |

1

2

## AND BY U.S. MAIL

3
 I am familiar with the office practice of Latham & Watkins LLP for
collecting and processing documents for mailing with the United States Postal Service.
4
Under that practice, documents are deposited with the Latham & Watkins LLP personnel
responsible for depositing documents with the United States Postal Service; such
5
documents are delivered to the United States Postal Service on that same day in the
ordinary course of business, with postage thereon fully prepaid.  I deposited in Latham &
6
Watkins LLP' interoffice mail a sealed envelope or package containing the above-
described document and addressed as set forth below in accordance with the office
7
practice of Latham & Watkins LLP for collecting and processing documents for mailing
with the United States Postal Service:

8

| | |
|---|---|
| Kimberly Giuliano, Esq. <br> Walter Hanchuk, Esq. <br> Peter Bucci, Esq. <br> Scott Balber, Esq. <br> Dennis Hopkins, Esq. <br> Paul Tanck, Esq. <br> Chadbourne & Park LLP <br> 30 Rockefeller Plaza <br> New York, NY 10112 | Joseph Mais, Esq. <br> Tyler Bowen, Esq. <br> Bryan Banks, Esq. <br> Perkins Coie LLP <br> 2901 N. Central Ave., Suite 2000 <br> Phoenix, AZ  85012 |
| H. Rowan Gaither IV, Esq. <br> Richards Kibbe & Orbe LLP <br> One World Trade Center <br> New York, NY 10281 | Michael Oblon, Esq. <br> Perkin Coie LLP <br> 607 Fourteenth Street, N.W. <br> Washington, DC 20005 |

15
 I declare that I am employed in the office of a member of the Bar of, or
permitted to practice before, this Court at whose direction the service was made and
16
declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.
17

18
 Executed on **August 13, 2008** at Menlo Park, California.

19

20
 Deborah Peterson

21

22

23

24

25

26

27

28