1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POWERDSINE, INC. and POWERDSINE, LTD., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>AMI SEMICONDUCTOR, INC. and AMI SEMICONDUCTOR BELGIUM BVBA, <br><br>　　　　　Defendants. | Misc. Case No.: C 08-80154 JW (PVT) <br><br>**ORDER RE THIRD PARTIES BROADCOM CORPORATION AND SHIMON ELKAYAM'S MOTION TO QUASH, OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER** |

　　　On August 13, 2008, third parties Broadcom Corporation and Shimon Elkayam noticed a hearing date of September 23, 2008 on their motion to quash or in the alternative, for a protective order. Pursuant to Civ. L.R. 7-3, any opposition to the motion was due no later than September 2, 2008. On September 5, 2008, PowerDsine, Inc., PowerDsine, Ltd., and Microsemi Corporation filed an opposition to the motion. (collectively "PowerDsine."). PowerDsine requests that the court accept the late submission of its opposition and decide the matter on its merits.

　　　Having considered the arguments of counsel, the court accepts late submission of the opposition. The above-specified third parties shall file their reply, if any, no later than September 15,

ORDER, *page 1*

1 | 2008. The hearing will proceed as originally noticed for September 23, 2008 at 10AM.
2 |     IT IS SO ORDERED.
3 | Dated: *September 8, 2008*

                                         PATRICIA V. TRUMBULL
                                         United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28